# GENOVA, BURNS & VERNOIA | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊+*
JAMES M. BURNS ◊
FRANCIS J. VERNOIA ◊
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊+
SANDRO POLLEDRI ◊o
KATHLEEN BARNETT EINHORN ◊+
CELIA S. BOSCO ◊+
BRIAN W. KRONICK ◊
JAMES BUCCI ◊*
PATRICK W. MCGOVERN ◊+
PETER R. YAREM ◊
WILLIAM F. HARRISON ◊

RALPH J. SALERNO ◊
KEITH A. KRAUSS ◊^
DOUGLAS E. SOLOMON ◊+
HARRY G. KAPRALOS ◊+
REBECCA MOLL FREED ◊+

COUNSEL

NORMAN J. PEER ◊+
GEORGE L. SCHNEIDER ◊+
GREGORY E. NAGY ◊
DAVID P. COOKE ◊+
DEBRA K. BAMPTON ◊+

OF COUNSEL

RONALD H. DeMARIA
(1939-2004)

HOLLIE B. KNOX *
DENA B. CALO ◊*
JENNIFER MAZAWEY ◊+
JOHN R. VREELAND ◊+
JENNIFER BOREK ◊+
SHIRIN SAKS ◊+
JASON L. SOBEL ◊+
DINA M. MASTELLONE ◊+
JOSEPH M. HANNON ◊+

PETER J. CAMMARANO III ◊+
KENNETH B. GOODMAN ◊+
JISHA V. DYMOND ◊+
LISA A. JOHN ◊
YAACOV BRISMAN ◊+
MICHAEL J. GROHS ◊+
NICHOLAS J. REPICI ◊*
CAROLYN BUCCERONE ◊*^
ALEXANDER L. D'JAMOOS ◊+
KRISTINA E. CHUBENKO ◊+

RAJIV D. PARIKH ◊
LAUREN KOSTINAS ◊
EMILY J. WEXLER ◊+
LISA CHAPLAND ◊+
SHANNON A. MORALES ◊

MEMBER OF NEW JERSEY BAR   ◊
MEMBER OF NEW YORK BAR    +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA ^
CERTIFIED CIVIL TRIAL ATTORNEY o

March 13, 2008

The application is ✓ granted. ___denied.

SO ORDERED.

/S/
Lois Bloom, U.S.M.J.
Dated: 3/13/08
Brooklyn, New York

**BY ELECTRONIC FILING**

Honorable Lois Bloom
United States District Court
 for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:  Patrick F. D'Cunha v. Eckerd Corporation
     Civil Action No. 02-CV-4157

Dear Magistrate Judge Bloom:

This firm represents Defendant in the above-entitled action. In view of Plaintiff's pending motion before this Court, Plaintiff's desire to obtain limited additional discovery and the recent assignment of this case to the Honorable Gregory W. Carman for trial, Defendant and Plaintiff *Pro Se*, Patrick F. D'Cunha, jointly submit this correspondence respectfully seeking a fifteen-day extension of time to submit the Joint Pre-Trial Order in this action, currently due to be filed by March 17, 2008.

Defendant and Plaintiff have continued to work together toward completing discovery in this action, with the exception of the discovery sought by Plaintiff that is the subject of Plaintiff's Motion to Compel pending before this Court. Plaintiff has indicated that he cannot complete the Joint Pre-Trial Order until the Court rules on the issues raised in the Motion. Otherwise, the parties are attempting to reach an agreement regarding stipulating to the authenticity of trial exhibits. The parties will meet with Judge Carman at a settlement conference on March 26, 2008 where any additional issues may also be addressed.

**GENOVA, BURNS & VERNOIA** | ATTORNEYS-AT-LAW

Honorable Lois Bloom
March 13, 2008
Page 2

Accordingly, the parties respectfully request this Court to extend the date on which Defendant is to file the Joint Pre-Trial Order in this action to Tuesday, April 1, 2008. Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

**GENOVA, BURNS & VERNOIA**

Shirin Saks

c: Patrick F. D'Cunha (by U.S. mail and E-mail)
James Bucci, Esq.

2002\002\Letter\Ltr to Judge Bloom 031308-2.doc

**GENOVA, BURNS & VERNOIA** | ATTORNEYS-AT-LAW