UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------x
PATRICK F. D'CUNHA

     v.

ECKERD CORPORATION,

     Defendant.
-------------------------------------------x

**ORDER OF REFERRAL**

02-cv-4157 (GWC)

The parties have been instructed to file their Joint-Pre-Trial Order on June 16, 2008, and any pre-trial motions to be filed shall also be filed on June 16, 2008 as well. As this case is not ready for trial in April 2008, Judge Carman must send this case back to Judge Block.

So Ordered:

_____
Gregory W. Carman, Judge

Date: April 2, 2008
     Brooklyn, New York