```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------
                                    :
Patrick D'Cunha,                    :
           Plaintiff,               :
                                    :
  -vs-                              :
                                    :     CV-02-4157(FB)(LB)
Genovese/ Eckerd Corp.,             :
                                    :
           Defendants               :
                                    :
------------------------------------
```



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 24 2008 ★
BROOKLYN OFFICE

ORDER

       This trial ready case is on a list with many cases for a visiting judge to chose and preside over, and there is no date set for the next visiting judge to arrive in this District or a guarantee that they would choose this case. The parties may consent to the assigned Magistrate Judge to preside over this jury trial and any appeal would go to the Circuit Court of Appeals. The parties will most likely get an earlier jury trial before Magistrate Judge Bloom, then waiting for the next visiting judge.

       If the parties wish to consent to Magistrate Judge Bloom to preside over this jury trial you may execute and circulate the enclosed consent form. Once fully executed the parties should mail the consent form back to Judge Block for so ordering. This case will then be re-assigned to Magistrate Judge Bloom for all purposes. Accordingly it is

       HEREBY ORDERED that by July 18, 2008 the parties shall either mail back a fully executed consent form to have this jury trial presided over by a Magistrate Judge or file a joint letter informing the Court that the parties wish to wait for a visiting judge.

       The clerk is directed to mail copies of this notice to all parties.

DATED: Brooklyn, New York
       June 20, 2008

                                          s/FB
                                          _____
                                              S.D.J.

cc.: Patrick D'Cunha, pro se plaintiff-by regular mail
     Shirin Saks, Esq.

------------------------------------------------

-vs-                                                                CV -


------------------------------------------------

I hereby consent to have the above captioned action referred to an United States Magistrate Judge for all purposes including entry of Judgment.

I consent that an appeal, if taken, will be to:

check one:

&mdash;      United States District Court

&mdash;      United States Court of Appeals


This consent is given voluntarily, and not at the suggestion of or because of the prompting of any district judge, magistrate judge, or employee of the court.


_____
Plaintiff or Attorney for Plaintiff

Dated:Brooklyn, New York


_____
Defendant or Attorney for Defendant


SO ORDERED

Dated:Brooklyn, New York


_____
UNITED STATES DISTRICT JUDGE