UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK



```
...................................................
PATRICK F. D'CUNHA,
                Plaintiff,
v.                                          No. 02-cv-4157
GENOVESE/ECKERD CORPORATION,
                Defendant.
...................................................
PAULINE DIXON,
                Plaintiff,
v.                                          No. 1-03-cv-343
SHARON SWEETING-LIINDSAY, et al.
                Defendant.
...................................................
ITALVERDE TRADING, INC., et al.,
                Plaintiff,
v.                                          No. 1-04-cv-2793
FOUR BILLS OF LADING, et al.,
                Defendant.
...................................................
MATHEN GEORGE,
                Plaintiff,
v.                                          No. 1-04-cv-3263
NEW YORK CITY TRANSIT AUTHORITY, et al.,
                Defendant.
...................................................
JAMES JOSEPH DUFORT,
                Plaintiff,
v.                                          No. 1-04-cv-04940
UNITED STATES OF AMERICA,
                Defendant.
...................................................
HARVEY KATZENBERG, et al.,
                Plaintiffs,
v.                                          No. 1-04-cv-5100
DERVAL LAZZARI, et al.,
                Defendants.
...................................................
RONALD CASSARO,
                Plaintiff,
v.                                          No. 1-07-cv-1151
PORT AUTHORITY TRANS-HUDSON CORP.,
                Defendant.
...................................................
KUMARANAYAGAM BALAKRISHNAN,
                Plaintiff,
v.                                          No. 1-08-cv-1440
BETTY KUSEL, et al.,
                Defendants.
...................................................
A.S.C. CONTRACTING CORP.,
                Plaintiff,
v.                                          No. 1-08-cv-2504
LOCAL UNION 175 WELFARE FUND,
                Defendant.
```

## ORDER

On July 27, 2009, the undersigned United States District Judge conducted brief scheduling conferences in all of the above-listed cases to schedule trial during the period August 24 through September 11, 2009. The court has established tentative trial dates in the cases, but will give more firm trial dates during status conferences it will hold by telephone conference calls placed to counsel of record on the following dates at Eastern Daylight Times.

**August 11, 2009**
  10:00 a.m.  Cassaro v. Port Authority, 1-07-cv-1151
  10:30 a.m.  Italverde Trading v. Four Bills of Lading, 1-04-cv-2793

**August 12, 2009**
  11:30 a.m.  George v. NYTA, 1-04-cv-3263
  12:00 p.m.  Balakrishnan v.Kusel, 1-08-cv-1440
  1:00 p.m.   Dixon, et al. v. Sweeting-Lindsay, et al., 1-03-cv-343
  1:30 p.m.   Katzenberg v. Lazzari, 1-04-cv-5100
  2:00 p.m.   ASC Contracting, et al. v. Local Union Welfare Fund, 1-08-cv-02504

**August 13, 2009**
  12:00 p.m.  D'Cunha v. Genovese/Eckerd Corp., 02-cv-4157
  4:00 p.m.   Dufort v. USA, 1-04-cv-4940

The parties are reminded that they may consent to trial before a magistrate judge who might have more flexibility in scheduling specific dates for trial. On or before August 3, 2009, the parties shall inform the court if they consent to trial before a magistrate judge. The consent must be signed by the parties or counsel in the case.

SO ORDERED.

Dated this 27th day of July, 2009.

Charles R. Wolle, Judge
United States District Court
Sitting by designation in the
Eastern District of New York