## CIVIL CAUSE FOR TELEPHONE PRE TRIAL CONFERENCE

BEFORE: JUDGE WOLLE   TIME   DATE: 7/27/09
DOCKET 02-CV-4157 30mm TIME IN COURT /6.50 HOURS
TITLE: D'CUNHA VS GENOVESE/ECKERD
PLTFFS ATTY: _____   X present   _____ not present

**PLTFF PRO SE**
X present   _____ not present

_____ present   _____ not present

DEFTS ATTY: _____ present   _____ not present   (.034)

**JAMES BUCCI**
_____ present   _____ not present

_____ present   _____ not present

COURT REPORTER Tony Mancuso   CLERK M GONZALEZ

Case called. All parties present. Trial tentatively set for September 8, 2009, with jury selection on August 31, 2009 before a magistrate judge. Any motions in limine shall be filed by August 3, 2009. Resistance to motion to amend shall be filed by July 28, 2009. A reply brief to motion to amend may be filed by August 4, 2009.