UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK F. D'CUNHA,<br>　　　　Plaintiff,<br>v.<br>GENOVESE/ECKERD CORPORATION,<br>　　　　Defendant. | No. 02-cv-4157 |
| PAULINE DIXON,<br>　　　　Plaintiff,<br>v.<br>SHARON SWEETING-LINDSAY, et al.,<br>　　　　Defendant. | No. 1-03-cv-343 |
| ITALVERDE TRADING, INC., et al.,<br>　　　　Plaintiff,<br>v.<br>FOUR BILLS OF LADING, et al.,<br>　　　　Defendant. | No. 1-04-cv-2793 |
| MATHEN GEORGE,<br>　　　　Plaintiff,<br>v.<br>NEW YORK CITY TRANSIT AUTHORITY, et al.,<br>　　　　Defendant. | No. 1-04-cv-3263 |
| JAMES JOSEPH DUFORT,<br>　　　　Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>　　　　Defendant. | No. 1-04-cv-04940 |
| HARVEY KATZENBERG, et al.,<br>　　　　Plaintiffs,<br>v.<br>DERVAL LAZZARI, et al.,<br>　　　　Defendants. | No. 1-04-cv-5100 |
| RONALD CASSARO,<br>　　　　Plaintiff,<br>v.<br>PORT AUTHORITY TRANS-HUDSON CORP.,<br>　　　　Defendant. | No. 1-07-cv-1151 |
| KUMARANAYAGAM BALAKRISHNAN,<br>　　　　Plaintiff,<br>v.<br>BETTY KUSEL, et al.,<br>　　　　Defendant. | No. 1-08-cv-1440 |
| A.S.C. CONTRACTING CORP.,<br>　　　　Plaintiff,<br>v.<br>LOCAL UNION 175 WELFARE FUND,<br>　　　　Defendant. | No. 1-08-cv-2504 |

## ORDER

　　　　In anticipation of the scheduling and status conferences to be held by telephone calls placed by the undersigned judge on August 11, 12, and 13 to counsel and pro se parties, the court here sets forth a tentative list of dates for jury selection and trial in these cases. [The final

dates will be set following the telephone conferences.]

| | |
|---|---|
| August 24 | <u>ASC Contracting v. Local Union Welfare Fund</u><br>1-08-cv-2504, bench trial (2-3 days) |
| August 27 | <u>Scientific Components Corp. v. Sirenza</u><br>1-03-cv-1851, bench trial (3 days) |
| August 31 | <u>Dixon v. Sweeting-Lindsey v. City of New York</u><br>1-03-cv-343, jury selection by magistrate judge |
| September 1 | <u>Dixon v. Sweeting-Lindsey v. City of New York</u><br>1-03-cv-343, jury trial (3 days) |
| September 3 | <u>Italverde Trading v. Four Bills of Lading</u><br>1-04-cv-2793, bench trial (2 days) |
| September 8 | <u>D'Cunha v. Genovese/Eckerd Corp.</u><br>1-02-cv-4157, jury selection and trial (2-3 days)<br><u>Balakrishnan v. Kusel</u><br>1-08-cv-1440, jury selection and trial (time permitting) |
| December 1 | <u>Dufort v. USA</u><br>1-04-cv-4940, bench trial (2 days, perhaps by video conference) |
| December 3 | <u>Cassaro v. Port Authority Trans-Hudson Corp.</u><br>1-07-cv-1151, jury trial |

These tentative dates will be discussed during the August 11 to 13 phone conferences and may be changed if unacceptable to the parties, or if cases are referred to magistrate judges (by agreement), or if time does not permit the court to reach all the cases on the designated dates. The court will schedule hearing on motions in limine during the phone conferences.

The court cannot yet tentatively schedule trial for <u>George v. NYTA</u>, 1-04-cv-3263 or <u>Katzenberg v. Lazzari</u>, 1-04-cv-5100.

The court extends from August 3 to August 10 the deadline for having parties consent in writing to refer their case to a magistrate judge for a more definite trial date.

SO ORDERED.

Dated this 4th day of August, 2009.

s/ Charles R. Wolle

```
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT
```