UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICK F. D'CUNHA,
    Plaintiff,

v.

No. 02-cv-4157

ORDER

GENOVESE/ECKERD CORPORATION,
    Defendant.

    On July 27, 2009, the court held a pretrial conference with the pro se plaintiff and the defendant's counsel, then extended time for the parties to file further papers and set a tentative schedule for pretrial proceedings and trial. The court did caution plaintiff that if his resisted motion to amend to add parties were granted, the new parties would be entitled to adequate time to prepare their defense and trial would be delayed by several months.

    Already this month plaintiff has made several additional requests, including delay of trial until September 22 at the earliest and clarification of scheduling deadlines.

    Because the court fervently wishes all issues to be decided by one trial, and recognizes that plaintiff has no assistance of counsel, the court now grants plaintiff's pending requests to: (1) amend the complaint and add new parties, by no later than August 24, 2009; (2) accomplish personal service of summons on the new parties immediately after the amended complaint is filed; (3) delay trial until after September 21, 2009 (probably until after November 30, 2009 at the earliest); and (4) permit all parties to file motions in limine by not later than November 2, 2009. These rulings do not preclude the present defendants and those who may be added from seeking to dismiss the claims to be asserted in the amended complaint.

    On request of any party, the court will hold a status conference and hearing on motions if requested during the court's trial session in the Eastern District of New York during the period August 24 to September 4.

    SO ORDERED.

    Dated this 10th day of August, 2009.

/S/
CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT