PRO SE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICK F. D'CUNHA,
    Plaintiff,

v.

GENOVESE/ECKERD CORPORATION,
    Defendant.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 18 2009
P.M.
TIME A.M.

No. 02-cv-4157

ORDER

    On August 13, 2009, the court held a status conference by telephone conference call with the pro se plaintiff and counsel for defendant.

    Trial, tentatively scheduled to commence in September 2009, is continued.

    The parties shall work with Magistrate Judge Bloom to ready this case for trial, possibly before the undersigned judge on December 7, 2009.

    SO ORDERED.

    Dated this 13th day of August.

CHARLES R. WOLLE, JUDGE
U.S. DISTRICT COURT