```
FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★   SEP 11 2009
P.M.
TIME A.M.
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICK F. D'CUNHA,
    Plaintiff,                                      No. 02-cv-4157

v.                                                                       ORDER

GENOVESE/ECKERD CORPORATION,
    Defendant.

       Hearing on motions in limine will be held at 8:30 a.m. (Eastern time) on October 27, 2009 at the U.S. Courthouse in Brooklyn, New York.

       SO ORDERED.

       Dated this 11th day of September.

```
                    CHARLES R. WOLLE, JUDGE
                    U.S. DISTRICT COURT
```