UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICK F. D'CUNHA,　　　　　　　　　　　　　　　　No. 02-cv-4157
　　　　　Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ORDER
v.

GENOVESE/ECKERD CORPORATION,
　　　　　Defendant.

Counsel for several defendants wrote the court on September 24, 2009, requesting a continuance of the October 27 hearing on motions in limine scheduled to be held in Brooklyn.

Any party may respond in writing to the request by October 4. The court will then rule on the request. The jury trial remains scheduled for December 7, 2009, and the court still plans to meet with counsel at the Courthouse in Brooklyn for a status and scheduling conference at 8:30 a.m. on October 27, 2009.

　　　　　SO ORDERED.

　　　　　Dated this 28th day of September, 2009.