ORIGINAL    ORIGINAL

**Patrick F. D'Cunha**
**137-22 LABURNUM AVENUE**
**FLUSHING, NY 11355**
**718-661-2979**



Honorable Charles R. Wolle
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, NY 11201

**Reference : 02-CV-4157 (CRW) (LB)**
**Patrick F. D'Cunha  v. ECKERD Corp. Et. Al.**

Dear Judge Wolle:

I am the Pro-Se plaintiff in above referenced case. I write to request the court to please correct the title of this case to reflect the fact that Plaintiff D'Cunha has filed his First Amended Complaint. On 9/2/09 plaintiff wrote a letter to the Court Clerk requesting the following:

"The Amended complaint among other things has added more Defendants, and Genovese has been excluded. Kindly put the new Title of the case in full, or the short title, whichever suitable, but **exclude the old title, which confuses the new parties.**
Plaintiff further requests that this correction reflect the fact that the complaint has been amended, and that it be docketed on the case docket. **Appreciate your attention to this matter."**

**However, the correction made does not yet reflect the Amended complaint. I request your honor to please instruct the docketting clerks to remove "Genovese/Eckerd Corporation" and add "Eckerd Corporation" in its place, and keep the other defendants that presently are on docket.**

**It should not be that difficult to do, as the Amended Complaint clearly has names of all the defendants, including Eckerd Corp.**

I appreciate Your Honor's time and attention to this matter.

Respectfully,
*Patrick F D'Cunha.*
Patrick F. D'Cunha, Plaintiff Pro-Se

CC:   James Bucci: via email.                        10/1/ 2009