**FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ OCT 21 2009
P.M.
TIME A.M.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PATRICK F. D'CUNHA,
    Plaintiff,
v.

ECKERD CORPORATION, and its parent
Companies: Brooks Eckerd drugstore chain,
J.C. Penney, JCG (PJC) USA, LLC ("Jean Coutu
USA"), Jean Coutu Group (PJC) Inc., and
Rite Aid Corporation (publicly held corporations),

    Defendants.

No. 02-cv-4157

ORDER

    The parties have filed numerous requests for court action, including requests to reschedule the hearing scheduled to be held at 8:30 a.m. on October 27, 2009.

    The court now sets the hearing at the firm time of 2:00 p.m. on October 26, 2009 in Courtroom N2F at the U.S. Courthouse in Brooklyn, New York. The court will address the pending motions to dismiss and any other issues the court determines will assist the parties in trial preparation.

    Resistances to any filed motions shall be filed by October 22, 2009.

    SO ORDERED.

    Dated this 16th day of October, 2009.

                              CHARLES R. WOLLE, JUDGE
                              U.S. DISTRICT COURT