UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK


PATRICK F. D'CUNHA,                                          No. 02-cv-4157
               Plaintiff,
v.                                                          ORDER

GENOVESE/ECKERD CORPORATION,

               Defendant.

          The court treats plaintiff's letter dated November 18, 2009 as a request to

reconsider the court's rulings of November 9, 2009.  Defendant may respond in writing to all of

plaintiff's requests for court action by December 1, 2009.  The court will hear oral argument on

all pending motions during the hearing scheduled to be held in Room N2F at the United States

Courthouse in Brooklyn, New York at 4 p.m. on December 2, 2009.  By December 1, the parties

may also file trial briefs on applicable issues.

          At the December 2 hearing, the court will provide counsel and Mr. D'Cunha with

a set of proposed jury instructions and verdict forms for review in making final preparations for

the December 7 jury trial.

          SO ORDERED.

          Dated this 20th day of November, 2009.




          CHARLES R. WOLLE, JUDGE
          U.S. DISTRICT COURT


1