# UNITED STATES DISTRICT COURT
for the

EASTERN District of NEW YORK

| | |
|---|---|
| PATRICK D'CUNHA <br> *Plaintiff* <br> v. <br> GENOVESE/ECKERD CORPORATION <br> *Defendant* | ) ) ) ) ) ) Civil Action No. 02-CV-4157 (CRW) (FB) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☐ other: _____

This action was *(check one):*

X tried by a jury with Judge    CHARLES R. WOLLE    presiding, and the jury has rendered a verdict.

THE VERDICT IS FOR THE DEFENDANT AND AGAINST PLAINTIFF.
NO COSTS ARE CHARGED TO EITHER PARTY; EACH SHALL HAVE HIS OWN COSTS.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:    12/10/09

*(signature)* Mary Gonzalez

CLERK OF COURT