# GENOVA, BURNS &VERNOIA | ATTORNEYS-AT-LAW

ANGELO J. GENOVA ◊+*
JAMES M. BURNS ◊
FRANCIS J. VERNOIA ◊
JOHN C. PETRELLA ◊
JAMES J. MCGOVERN III ◊
LAURENCE D. LAUFER +
JEFFREY R. RICH ◊+
SANDRO POLLEDRI ◊◊
KATHLEEN BARNETT EINHORN ◊+
CELIA S. BOSCO ◊+
BRIAN W. KRONICK ◊
JAMES BUCCI ◊*
PATRICK W. MCGOVERN ◊+
PETER R. YAREM ◊
WILLIAM F. HARRISON ◊
DOUGLAS E. SOLOMON ◊+

RALPH J. SALERNO ◊
KEITH A. KRAUSS ◊^
HARRY G. KAPRALOS ◊+
REBECCA MOLL FREED ◊+
JENNIFER MAZAWEY ◊+
JOHN R. VREELAND ◊+
JENNIFER BOREK ◊+
JOHN W. BARTLETT ◊^

COUNSEL

NORMAN J. PEER ◊+
GEORGE L. SCHNEIDER ◊+
GREGORY E. NAGY ◊
DAVID P. COOKE ◊+

OF COUNSEL

HOLLIE B. KNOX *
DENA B. CALO ◊ *
CHRISTINA B. MURPHY ◊+^
SHIRIN SAKS ◊+
JASON L. SOBEL ◊+
DINA M. MASTELLONE ◊+
JOSEPH M. HANNON ◊+
PETER F. BERK ◊
GREGORY E. TOMCZAK ◊+•
JORDANA S. ELROM ◊+
JISHA V. DYMOND ◊+

LISA A. JOHN ◊
LAUREN W. GERSHUNY ◊+
NICHOLAS J. REPICI ◊*
CAROLYN BUCCERONE ◊*^
MICHAEL L. MOORE ◊
ALEXANDER L. D'JAMOOS ◊+
KRISTINA E. CHUBENKO ◊+
RAJIV D. PARIKH ◊+
GINA M. SCHNEIDER ◊
LISA CHAPLAND ◊+^
SHANNON A. MORALES ◊ +

DAVID K. BRODERICK ◊ +
LI JING ◊+
MICHAEL J. JURISTA ◊+
JONATHAN B. KING ◊+
ERIC W. RUDEN ◊+
ERICA K. RUSTAD ◊~
BONNIE B. FIRE ◊

RONALD H. DEMARIA
(1939-2004)

MEMBER OF NEW JERSEY BAR   ◊
MEMBER OF NEW YORK BAR    +
MEMBER OF PENNSYLVANIA BAR *
MEMBER OF DISTRICT OF COLUMBIA^
MEMBER OF FLORIDA BAR ~
CERTIFIED CIVIL TRIAL ATTORNEY ◊
CERTIFIED CRIMINAL TRIAL ATTORNEY •

January 4, 2010

**BY ELECTRONIC FILING**

Honorable Charles R. Wolle
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   **Patrick F. D'Cunha v. Eckerd Corporation**
>       **Civil Action No. 02-CV-4157**

Dear Judge Wolle:

This office represents Defendant, Eckerd Corporation, in the above-captioned matter. As you know, this matter was tried in December 2009, with the jury reaching a verdict in favor of Defendant Eckerd on December 10, 2009. By letter to the Court dated December 18, 2009, with Defendant's consent, Plaintiff requested a one week extension of time to file a post-trial motion in this matter. on December 29, 2009, by electronic filing, Plaintiff served on Defendant a Motion for Judgment Notwithstanding the Verdict, pursuant to Federal Rule of Civil Procedure 50, and, in the alternative, a Motion for a New Trial, pursuant to Federal Rule of Civil Procedure 59 (collectively, "Plaintiff's Motions"), making Defendant's opposition to Plaintiff's Motions due January 12, 2010.

With the consent of Plaintiff and in light of the intervening holidays, Defendant respectfully requests an extension of time to file Defendant's opposition to Plaintiff's Motions to January 19, 2010.

**GENOVA, BURNS & VERNOIA** | ATTORNEYS-AT-LAW

Honorable Charles R. Wolle
January 4, 2010
Page 2

Thank you for Your Honor's time and attention to this matter.

Respectfully,

**GENOVA, BURNS & VERNOIA**

*[signature]*

JAMES BUCCI

SWS:ga

c: Patrick F. D'Cunha (by ECF)

\us5\2002\002\letter\ltr to judge wolle 010410